# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-416
_____

JASON WELLS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie M. Kinsey, Judge.

February 5, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Brenda L. Roman, Assistant
Public Defender, Tallahassee for Appellant.

Pamela Jo Bondi, Attorney General, and Steven E. Woods and Thomas H. Duffy, Assistant Attorney Generals, Tallahassee for Appellee.